United States District Court
Southern District of Texas
**ENTERED**
February 03, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| PRINCELLA V. ROSS-STEELS, | § § § | |
| Petitioner, | § | |
| VS. | § § | CIVIL ACTION NO. 3:17-CV-15 |
| MIMI DENISE ELDER, | § § § | |
| Respondent. | § § | |

## ORDER OF DISMISSAL

Petitioner Princella V. Ross-Steels (TDCJ #01926484) is an inmate in the custody of the Texas Department of Criminal Justice - Correctional Institutions Division ("TDCJ"). She has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254; but the petition only seeks "grandparent rights," and it names as the respondent another woman who is apparently the mother of Ross-Steels's granddaughter (Dkt. 1 at pp. 1, 6–7). This claim is not cognizable; the Supreme Court recently noted that it has never recognized federal habeas as an available remedy where the relief sought does not either terminate custody, accelerate the future date of release from custody, or reduce the level of custody. *Skinner v. Switzer*, 562 U.S. 521, 534 (2011) (citing *Wilkinson v. Dotson*, 544 U.S. 74, 86 (2005) (Scalia, J., concurring)). Moreover, this claim has no discernible connection to this division—Ross-Steels was convicted in Harris County; is incarcerated in Falls County; and says that she wants to vindicate her "grandparent rights" in the Family Law Center in Houston, which is in Harris County—or to federal law in general.

The Court will **DISMISS** this petition without prejudice to refiling these claims in the appropriate venue and manner. This docket is closed. A certificate of appealability is denied.

The Clerk shall provide a copy of this order to the parties.

SIGNED at Galveston, Texas, on February 3, 2017.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE